USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/11/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
:
JIN GANG GAO, :
:
                            Plaintiff, :      1:23-cv-4637-GHW
:
        -v - :      <u>ORDER</u>
:
UNITED STATES CITIZENSHIP AND :
IMMIGRATION SERVICES (USCIS), *et al.*, :
:
                       Defendants. :
X
-----------------------------------------------------------------

GREGORY H. WOODS, United States District Judge:

      On June 23, 2023 the Court directed the parties to confer as to whether they consent to proceeding before the assigned Magistrate Judge, and to submit either an executed consent form or a joint letter no later than July 7, 2023. Dkt. No. 7. Neither document has been submitted. Accordingly, the parties are directed to comply with the Court's June 23, 2023 order forthwith, and in no event later than July 20, 2023.

      SO ORDERED.

Dated: July 11, 2023
New York, New York
                                                          GREGORY H. WOODS
                                                  United States District Judge